█ In the Matter of the Claim of LAUREEN MCKENZIE, Appellant. COMMISSIONER OF LABOR, Respondent. [57 NYS3d 445]— Appeal from a decision of the Unemployment Insurance Appeal Board, filed January 28, 2016, which ruled that claimant was disqualified from receiving unemployment insurance benefits because her employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., Garry, Lynch, Devine and Mulvey, JJ., concur. Ordered that the decision is affirmed, without costs.